

NUMBER 13-13-00066-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ERIC ROEL JIMINEZ,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

### On appeal from the 357th District Court
### of Cameron County, Texas.

# SUPPLEMENTAL ABATEMENT ORDER

**Before Justices Garza, Benavides, and Longoria
Order Per Curiam**

This appeal was abated by this Court on January 27, 2014, upon the suggestion

of death of appellant's retained attorney, Richard R. Rodriguez. Appellant was directed

to notify the Court on or before February 26, 2014, if he retained new counsel and advise the Court if he believes he is indigent. No response has been received from appellant.

Appellant's brief was originally due on August 19, 2013. This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1). Accordingly, this appeal remains ABATED and the cause REMANDED to the trial court.

Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant has abandoned his appeal; (2) whether appellant is indigent, and if so, whether counsel should be appointed to represent him; (3) if appellant is not indigent, whether he has obtained the services of another attorney to pursue the appeal; (4) if appellant is not indigent, whether he has made the necessary arrangements for filing a brief; and (5) if any other orders are necessary to ensure the proper and timely pursuit of appellant's appeal. If new counsel is appointed, the name, address, telephone number, and state bar number of said counsel shall be included in an order appointing counsel.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

2

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
26th day of March, 2014.